YETTA NURICK, Plaintiff, v. BROADEDGE CORPORATION and Others, Defendants. LAWRENCE K. BROWN and Another, Appellants; ANTOINETTE GRAINSKY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY R. WEST, Respondent, v. ELLIOTT C. CARTER, JR., Trading as E. C. CARTER & SON, Defendant. EDWARD A. McALLISTER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MORRIS PILZ v. BENJAMIN BRETTLER.—Motion to dismiss appeal denied, without costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SMITH & STONE CONTRACTING Co., INC., v. BENJAMIN LEFKOWITZ and Others. — Motion to dismiss appeal denied, without prejudice to renewal. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LAZARUS FRIED & SONS, INC., v. EMERY & MARSHALL COMPANY. EMERY & MARSHALL COMPANY v. LAZARUS FRIED & SONS, INC.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH GENSER v. BENJAMIN GENSER.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before October 2, 1923. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

AGNES M. WINKELMAN v. LOUIS WINKELMAN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before October 2, 1923. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAUL BIRNS v. MORRIS HARRISON and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PETER H. McARDLE and Another v. CHARLES R. TEMPLE, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARY FIELD v. ROSE SENFT and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FREDERICK R. EELES v. LOUIS L. HORCHITZ.— Motion to dismiss appeal granted, with ten dollars costs, and stay vacated. Present — Clarke, P. J. Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of BEATRICE K. BROWN and Another, as Executors, etc., of ELIZABETH C. SEAMAN, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM F. COESTER v. THE COUNTY TRUST COMPANY and Another, as Administrators, etc., of CLARA F. HITCHCOCK, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.